UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILE NO.: 7:17-CR-105-4-D

**UNITED STATES OF AMERICA,**

**ORDER ON MOTION TO SEAL**

v.

**EUGENE TELPHIA GRADY, JR.,**

**Defendant.**

FOR GOOD CAUSE SHOWN, the document filed by Counsel on behalf of Eugene Telphia Grady, Jr. designated as Document 187-Response to Government's Motion for Upward Departure is hereby placed under seal.

This the 21 day of May, 2018.

JAMES C. DEVER, III
Chief United States District Judge