UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILE NO.: 7:17-CR-105-4-D

**UNITED STATES OF AMERICA,**

v.

**ORDER ON MOTION TO SEAL**

**EUGENE TELPHIA GRADY, JR.,**

**Defendant.**

FOR GOOD CAUSE SHOWN, the Sentencing Memorandum filed by Counsel on behalf of Eugene Telphia Grady, Jr. is hereby placed under seal.

This the 21 day of May, 2018.

JAMES C. DEVER, III
Chief United States District Judge